**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMANDA LEE VARON,<br><br>                    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant. | Case No. 3:23-CV-00526-CLB<br><br>**ORDER GRANTING MOTION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY**<br><br>[ECF Nos. 1-7, 1-8] |

Plaintiff Amanda Lee Varon's motion for permission to file electronically, (ECF No. 1-7), is **GRANTED**. Plaintiff's motion for special ADA accommodation, (ECF No. 1-8), which also requests permission to file electronically, is therefore also **GRANTED**. For Plaintiff to file documents electronically, she will be required to register and maintain a CM/ECF account which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also become familiar with the Local Rules regarding Electronic Case Filing Procedures that are accessible on the website. Plaintiff is instructed that this order granting her permission to file on CM/ECF is applicable only to this case.

**DATED**:  October 31, 2023 .

_____
**UNITED STATES MAGISTRATE JUDGE**