UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA LEE VARON,<br><br>                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 3:23-cv-00526-CLB<br><br>**ORDER DENYING MOTION/REQUEST FOR SUBMISSION AND MOTION TO SUBMIT MEDICAL RECORDS**<br><br>[ECF Nos. 14, 15] |

On December 27, 2023, Plaintiff Amanda Lee Varon ("Varon") initiated this action, which involves judicial review of an administrative action by the Secretary of Health and Human Services, denying her claim for disability benefits under the Social Security Act. (ECF No. 1.)

Pending before the Court are two motions filed by Varon: (1) motion/request for submission; and (2) motion to submit medical records. (ECF Nos. 14, 15, respectively.) The motion to submit medical records contains 176 pages of medical records, which Varon asks the Court to review. (*See* ECF No. 15-1.) The motions do not present any issues for the Court to review, but rather Varon asks that the Court review the medical records as a whole. However, "the Court is not obligated to paw over files … in order to make a party's claim." *See Krause v. Nevada Mut. Ins. Co.*, No. 2:12-cv-00342-JCM-CWH, 2014 WL 99178, at *2-3 (D. Nev. Jan. 3, 2014) (internal citations omitted). Moreover, "it is not the responsibility of the judiciary to sift through scattered papers in order to manufacture arguments for the parties." *Id.* Accordingly, because the motions do not present any issues for the Court to decide, and only asks the Court to review bulk medical records, the motions are denied.

On November 2, 2023, this Court issued an order concerning review of social security cases, (ECF No. 8). The Court directs Varon to review this order, as it specifically

instructs Varon how to present her medical evidence to the Court. For example, the order states that, in the event Varon intends to request a remand of this case on the basis of new medical evidence, she shall file within 60 days of the filing of the administrative record, a motion to remand based on new medical evidence, with a copy of the evidence attached to the motion. (*Id.* at 2.) On January 2, 2024, Defendant Social Security Administration filed the administrative record. (ECF No. 17.) Thus, any motion for remand or reversal is due on March 4, 2024.

For good cause appearing, **IT IS ORDERED** that the motion/request for submission and motion to submit medical records, (ECF Nos. 14, 15), are **DENIED**.

DATED: January 2, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**

2