UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA LEE VARON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-00526-CLB<br><br>**ORDER EXTENDING TIME TO FILE<br>MOTION FOR REMAND/REVERSAL** |

　　　　On October 17, 2023, Plaintiff Amanda Lee Varon ("Varon") initiated this action, which involves judicial review of an administrative action by the Secretary of Health and Human Services, denying his claim for disability benefits under the Social Security Act. (ECF No. 1.)

　　　　On May 17, 2023, this Court issued an order concerning review of social security cases, (ECF No. 8). The order explicitly required Varon to file any motion for remand or reversal within 60 days of the filing of the certified administrative record. (*Id.* at 2.) On January 2, 2024, Defendant Commissioner Martin O'Malley ("Commissioner") filed the certified administrative record. (ECF No. 13.) Thus, pursuant to this Court's order, Varon had until Friday, September 15, 2023, to file her motion for remand or reversal, but to date has failed to do so. Although an answer was not filed, the Court construes the certified administrative record as the answer pursuant to Fed. R. Civ. P. Supp. Soc. Sec 4(b).

　　　　For good cause appearing, the Court will *sua sponte* grant Smith an extension to **Friday, April 18, 2024,** to file her motion for reversal/remand.

///

---

[1]　　Martin O'Malley is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

    Absent extraordinary circumstances, no further extensions of time will be granted. Finally, if Varon fails to file her motion for reversal/remand, the Court will consider appropriate sanctions against the offending party.

**IT IS SO ORDERED.**

**DATED**:   March 5, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**